UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MGG INVESTMENT GROUP, LP,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>LEONARD C. GREEN & CO., PA *d/b/a*<br>THE GREEN GROUP,<br><br>　　　　　　　　Defendant. | 20 Civ. 8886 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　As discussed on the record during the conference held on November 18, 2021, the briefing schedule for Defendant's motion to dismiss or motion for judgment on the pleadings is as follows:

- Defendant's opening papers are due on or before January 21, 2022;
- Plaintiff's opposition brief is due on or before February 25, 2022; and
- Defendant's reply brief is due on or before March 11, 2022.

　　SO ORDERED.

Dated:　November 18, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge