# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

PETER A. GAUDIOSO
(973) 425-8151
pgaudioso@mdmc-law.com

TIMOTHY E. BURKE
(973) 425-4164
tburke@mdmc-law.com

January 25, 2022

**Via ECF and Electronic Mail**
Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

RE: **MGG Investment Group, LP v. The Green Group**
**Civil Action No. 1:20-cv-08886-KPF**

Dear Judge Failla:

This office represents defendant Leonard C. Green & Co., P.A. d/b/a The Green Group ("The Green Group") in the matter referenced above.

We are writing to advise the Court that this matter has settled. The parties are currently negotiating the final details of a Release and Settlement Agreement, which we anticipate will be completed within the next few days. Because the parties have reached agreement on the material terms of settlement, the motion to dismiss the Amended Complaint for lack of standing and for failure to name indispensable parties, which the Court had granted The Green Group leave to file, is rendered moot.

We thank your Honor for your kind consideration.

Respectfully Submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*Peter A. Gaudioso*
Peter A. Gaudioso

*Timothy E. Burke*
Timothy E. Burke

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO · CONNECTICUT · DELAWARE · FLORIDA · MASSACHUSETTS · NEW JERSEY · NEW YORK · PENNSYLVANIA · RHODE ISLAND

# McElroy Deutsch

cc:    Sean O'Brien, Esq.
A.J. Monaco, Esq.
Sara Welch, Esq.
John Reklaitis, Esq.
O'Brien LLP
900 Third Avenue, 18th Floor
New York, NY 10022
sobrien@obrienllp.com
ajmonaco@obrienllp.com
Swelch@obrienllp.com
jreklaitis@obrienllp.com
(212) 729-9243
(646) 205-3071- Fax
Attorneys for Plaintiff

Andrew S. Berns, Esq.
Einhorn Barbarito
165 East Main St.
Denville NJ 07834
aberns@einhornlawyers.com
973-586-4940
Attorneys for defendant Leonard C. Green & Co., P.A. d/b/a The Green Group (on the reserve claims)