UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                        :
MGG INVESTMENT GROUP LP,                                 :        Case No. 20-cv-8886 (KPF)
                                                        :        (Failla, J.)
                                    Plaintiff,           :
                                                        :
              v.                                         :
                                                        :        **STIPULATION OF**
                                                        :        **VOLUNTARY DISMISSAL**
LEONARD C. GREEN & CO., PA d/b/a THE                     :        **PURSUANT TO F.R.C.P.**
GREEN GROUP,                                             :        **41(a)(1)(A)(ii) WITH PREJUDICE**
                                                        :
                                    Defendant.           :
                                                        :
------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MGG

Investment Group LP and Defendant Leonard C. Green & Co., PA d/b/a The Green Group that

the above captioned action is dismissed with prejudice pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, expenses and attorneys' fees.

Dated:   New York, New York
         February 9, 2022

**McELROY, DEUTSCH, MULVANEY &**                 **O'BRIEN LLP**
**CARPENTER, LLP**

By: _____               By: _____
     Peter A. Gaudioso, Esq.                       Sean R. O'Brien, Esq.
     225 Liberty Street, 36th Floor                A.J. Monaco, Esq.
     New York, New York 10281                      900 Third Avenue, 18th Floor
     Tel:  (212) 483-9490                          New York, NY 210022
     pgaudioso@mdmc-law.com                        Tel: (212) 729-9243
                                                   sobrien@obrienllp.com
     Timothy E. Burke, Esq.                        ajmonaco@obrienllp.com
     1300 Mount Kemble Avenue
     Morristown, NJ                                *Attorneys for Plaintiff MGG Investment*
     Tel: (212) 631-4406                           *Group, LP*
     tburke@mdmc-law.com

-and-

Andrew S. Berns, Esq.
EINHORN BARBARITO
165 East Main St.
Denville, NJ 07834
Tel: (212) 631-4406
aberns@einhornlawyers.com

*Attorneys for Defendant Leonard C. Green*
*& Co., P.A. d/b/a The Green Group*

SO ORDERED this__17th__day of_____February_____, 2022.

_____

Hon. Katherine Polk Failla
United States District Judge